IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAVID SENEFF, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 10-3048 |
| | ) Judge Scott |
| FOCUS RECEIVABLES MANAGEMENT, LLC | ) |
| | ) Magistrate Judge Evans |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Now Comes the Defendant, Focus Receivables Management, LLC, by and through by its attorney, David M. Schultz, and Plaintiff, David Seneff, by his attorney, Michelle Teggelaar, to inform the Court that the parties have reached a settlement which will resolve this entire matter. The parties expect to complete the settlement and file a Stipulation to Dismiss within the next 28 days. This case is set for status on June 15, 2010 at 9:00 A.M.. The Parties respectfully request the Court to strike the aforementioned status and all other dates currently set for this matter.

By: s/*Michelle Teggelaar*           By: s/*David M. Schultz*
   Attorney for Plaintiff                Attorney for Defendant

David M. Schultz   ARDC# 6197596
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6576061v1 7048395 ADMINISTRA