# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAVID SENEFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:10-CV-03048-JES-CHE |
| vs. | ) | |
| | ) | |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff David Seneff and Defendant Focus Receivables Management, LLC, hereby stipulate, pursuant to the settlement reached between the parties, to the dismissal of Plaintiff's claims against Defendant with prejudice.

Respectfully submitted,

s/Michelle R. Teggelaar                         s/David M. Schultz

Michelle R. Teggelaar                              David M. Schultz
EDELMAN COMBS, LATTURNER,               HINSHAW & CULBERTSON, LLP
    & GOODWIN, LLC                              222 N. LaSalle Street, Suite 300
120 S. LaSalle St., Suite 1800                   Chicago, IL 60601
Chicago, IL 60603
                                                               (Counsel for Defendant)
(Counsel for Plaintiff)

## **CERTIFICATE OF SERVICE**

      I, Michelle R. Teggelaar, hereby certify that on July 12, 2010, the foregoing document was filed electronically and served via the Court's CM/ECF system, on the following:

    David M. Schultz (dschultz@hinshawlaw.com)
    HINSHAW & CULBERTSON, LLP
    222 N. LaSalle Street, Suite 300
    Chicago, Illinois 60601


                                      s/Michelle R. Teggelaar